United States District Court
Southern District of Texas
**ENTERED**
July 08, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| ANYANA VILLANUEVA, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | 3:25-cv-139 |
| | § | |
| COMMUNITY HOB AUTOMOTIVE, | § | |
| LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On May 13, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 28. Judge Edison filed a memorandum and recommendation on June 16, 2026, recommending that a motion to dismiss class allegations, and in the alternative, motion for summary judgment filed by Defendant Community Hob Automotive, LLC (Dkt. 17) be denied. *See* Dkt. 30.

On June 30, 2026, the defendant filed its objections to the memorandum and recommendation. *See* Dkt. 31. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections; the memorandum and recommendation; the pleadings; and the record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court. It is therefore ordered that:

(1)    Judge Edison's memorandum and recommendation, Dkt. 30, is approved and adopted in its entirety as the holding of the court;

(2)    The defendant's motion to dismiss class allegations, and in the alternative, motion for summary judgment, Dkt. 17, is denied; and

(3)    The plaintiff must file a class certification motion within 30 days.

SIGNED on Galveston Island this 8th day of July 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE